**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LONG HORIZON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOPHOS LIMITED,<br><br>Defendant. | ) | Case No. 2:26-cv-00<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Long Horizon Technologies LLC ("Long Horizon" or "Plaintiff") for its Complaint against Defendant Sophos Limited ("Sophos" or "Defendant") for patent infringement alleges as follows:

**THE PARTIES**

1. Long Horizon is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business located at 104 East Houston Street, Marshall, TX 75670.

2. On information and belief, Defendant Sophos is a corporation organized under the laws of the United Kingdom, with its principal place of business located at The Pentagon, Abingdon Science Park, Abingdon, Oxfordshire, OX14 3YP, United Kingdom, and may be served pursuant to the provisions of the Hague Convention. On information and belief, Sophos does business in Texas and in the Eastern District of Texas, directly or through intermediaries.

**JURISDICTION**

3. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, et seq. This Court has jurisdiction over this action pursuant to 28 U.S.C.

§§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant. Defendant regularly conducts business and has committed acts of patent infringement and/or has induced acts of patent infringement by others in this Judicial District and/or has contributed to patent infringement by others in this Judicial District, the State of Texas, and elsewhere in the United States.

5. In addition, or in the alternative, this Court has personal jurisdiction over Defendant pursuant to Fed. R. Civ. P. 4(k)(2).

6. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391 because, among other things, Defendant is not a resident in the United States and thus may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3).

7. Defendant is subject to this Court's jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to its substantial business in this State and Judicial District, including (a) at least part of its past infringing activities, (b) regularly doing or soliciting business in Texas, and/or (c) engaging in persistent conduct and/or deriving substantial revenue from goods and services provided to customers in Texas.

## PATENTS-IN-SUIT

8. On August 4, 2020, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,733,021 (the "'021 Patent") entitled "System of Cloud Computing and Method for Detaching Load in Cloud Computing System." A true and correct copy of the '021 Patent is attached hereto as Exhibit A.

9. On May 5, 2014, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,738,894 (the "'894 Patent") entitled "Methods for Firmware Signature" A true and correct copy of the '894 Patent is attached hereto as Exhibit B.

10. Long Horizon is the sole and exclusive owner of all right, title, and interest in the ’021 Patent and the ’894 Patent (collectively, the “Patents-in-Suit” or “Asserted Patents”) and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Long Horizon also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

11. Long Horizon has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. On information and belief, prior assignees and licensees have also complied with the marking provisions of 35 U.S.C. § 287.

## FACTUAL ALLEGATIONS

12. The ’021 Patent generally relates to systems and methods for distributing cloud-computing workloads. The technology described in the ’021 Patent was developed by Eui Nam Huh, Yunkon Kim, Jun Young Byun. By way of example, this technology is implemented in core, regional, and edge clouds to reduce network load and improve the speed and efficiency of providing cloud services to client devices.

13. The ’894 Patent generally relates to methods for installing embedded firmware. The technology described in the ’894 Patent was developed by inventors Brian A. Batke, Jack M. Visoky, James J. Kay, Scott A. Mintz, and William B. Cook. By way of example, this technology is implemented methods that associate one or more digital certificate instances with one or more firmware file instances to update or facilitate the update of signature-unaware modules with signature-aware firmware.

14. Sophos has infringed and continues to infringe the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell,

offer to sell, and/or importing, products that infringe the Patents-in-Suit.

**COUNT I**
**(Infringement of the ’021 Patent)**

15. Paragraphs 1 through 14 are incorporated by reference as if fully set forth herein.

16. Long Horizon has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the ’021 Patent.

17. Defendant has and continues to directly infringe the ’021 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the ’021 Patent. Such products include, but are not limited to, Sophos ZTNA Cloud Gateway products and configurations, alone or in operation with Sophos ZTNA, Sophos ZTNA-as-a-Service, Sophos Cloud points of presence, Sophos ZTNA Gateways, Sophos Firewall products hosting integrated ZTNA Gateway functionality, Sophos ZTNA Agent, Sophos Endpoint/Intercept X, Sophos Fusion, Sophos Central, and associated resource-identification, authentication, authorization, tunneling, gateway-selection, resource-routing, and application-access functionality, among other Sophos products.

18. For example, Defendant has and continues to directly infringe at least claim 10 of the ’021 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include and operate with core, regional, and edge clouds to reduce network load and improve the speed and efficiency of providing cloud services to client devices, including but not limited to the Sophos ZTNA Cloud Gateway, alone or in operation with Sophos Fusion (formerly Sophos Central), Sophos Cloud points of presence, Sophos ZTNA Gateway, Sophos Firewall, Sophos ZTNA Agent, and/or associated identity-provider, resource-identification, session-management, and resource-access functionality. The Sophos ZTNA Cloud Gateway is exemplary

of how the other Sophos products accused herein infringe the ’021 Patent.

19. For example, the Sophos ZTNA Cloud Gateway performs a method of detaching load in a cloud computing system comprising a cloud server configured to provide a cloud service and a client terminal configured to request or be provided with the service, the cloud server and the client terminal connected over a particular network (e.g., Sophos ZTNA Cloud Gateway, alone or in operation with Sophos Cloud points of presence, ZTNA Gateway, ZTNA Agent, Sophos Firewall, and/or Sophos Fusion, providing secure access to applications and resources requested by connected endpoint devices).

20. The Sophos ZTNA Cloud Gateway performs step no. 1 of arranging an edge cloud on a network node connected to the client terminal, the edge cloud formed with a particular cloud server (e.g., Sophos ZTNA Cloud Gateway, alone or in operation with regional Sophos Cloud points of presence and a ZTNA Gateway deployed proximate to protected applications, providing distributed edge access between endpoint devices and application resources).



[1]

[1] “Sophos Fusion Admin: Set up Zeros Trust Network Access” available at: https://docs.sophos.com/central/customer/help/en-us/ManageYourProducts/ZeroTrustNetworkAccess/ZTNAGuide/setup/index.html#on-premises-gateway.

21. The Sophos ZTNA Cloud Gateway performs step no. 2 of determining whether or not identification is possible for a cloud service request signal transmitted from a publisher client terminal among the client terminals at the edge cloud (e.g., identifying the requested application or resource using its FQDN, resource alias, gateway mapping, user identity, device state, and/or access policy).

22. The Sophos ZTNA Cloud Gateway performs step no. 3-1 of providing a cloud service corresponding to the request signal to a subscriber client terminal wishing to receive the cloud service if the cloud service corresponding to the request signal is being operated at a cloud server of the edge cloud, if it is determined in said step no. 2 that identification is possible for the request signal (e.g., providing an authenticated and authorized endpoint access to an application or resource mapped to and available through that gateway).



[2]

23. The Sophos ZTNA Cloud Gateway performs step no. 3-2 of transmitting the request signal to a core cloud connected to a cloud server and formed with a particular cloud server, if it is not determined in said step no. 2 that identification is possible for the request signal or if the

[2] *Id.*

cloud service corresponding to the request signal is not being operated at the cloud server of the edge cloud (e.g., identifying a requested application or cloud resource and forwarding the corresponding request from the Sophos Cloud edge through the applicable ZTNA tunnel toward private-cloud, public-cloud, or centralized application infrastructure when the requested service is not provided at the edge).



[3]

---

[3] *Id.*

› Manage your products › Zero Trust Network Access › ZTNA Guide › Setup

# DNS flows

Dec 2, 2025

Here's an overview of how DNS works when you access an application using ZTNA. You can access an application with the ZTNA agent or through your browser.

Click the tab for your gateway deployment type below.

On-premises gateway | Sophos Cloud gateway

## DNS flow with agent



[4]

[4] "Sophos Fusion Admin: DNS Flows" available at: https://docs.sophos.com/central/customer/help/en-us/ManageYourProducts/ZeroTrustNetworkAccess/ZTNAGuide/setup/DNSFlows/index.html.

1. The remote user attempts to access a private application, `app.mycompany.net`, through their browser.
2. The DNS request is intercepted and forwarded to the ZTNA agent.

   **Note**

   The ZTNA agent resolves the private application FQDN to the Carrier Grade Network Address Translation (CGN) network IP and also handles all the traffic destined for the private application's FQDN.

   a. As soon as the DNS request is intercepted, the ZTNA agent leases an IP address in the `100.64.x.x` range to the application. Example: `100.64.0.4`.
   b. The browser sends a TCP-SYN packet to the application (IP address: `100.64.0.4`).
   c. The destination IP of the SYN packet is `100.64.0.4`, which falls in the subnet range of the virtual adapter (`100.64.x.x`), so the SYN packet goes to the virtual adapter.
3. The ZTNA agent sends a DNS request to the public DNS server for the ZTNA gateway's IP address. This is needed to establish the tunnel with the ZTNA gateway.

   **Note**

   The public DNS server has an A record entry for the ZTNA gateway that points to the gateway's IP.

4. The public DNS server sends the ZTNA gateway's IP address (`203.0.113.20`) back to the ZTNA agent.
5. Mutual TLS encryption is performed between the ZTNA agent and the ZTNA gateway, and a tunnel is established. All communication with the ZTNA gateway happens over the secure tunnel.

   **Note**

   ZTNA supports TLS 1.2 and later versions, using industry-standard encryption protocols with up to 256-bit key lengths for secure data transmission.

6. The agent sends the application traffic for `app.mycompany.net` to the ZTNA gateway through the tunnel.
7. The ZTNA gateway sends the DNS query for `app.mycompany.net` to the private DNS server to find out where the specific application server IP is.
8. The private DNS server returns the application server's IP address (`192.168.1.20`) and traffic is forwarded by the ZTNA gateway to the application server.
9. The remote user can access the private application through the tunnel.[5]

24. The Sophos ZTNA Cloud Gateway performs step no. 4-1 of, determining whether

[5] *Id.*

the edge cloud that has transmitted the request signal is connected to the subscriber client terminal (e.g., determining and maintaining whether an active authenticated tunnel or session connects the requesting endpoint to the applicable Sophos Cloud edge, and transmitting responsive traffic toward that edge based on the maintained tunnel or session association), and transmitting a backward packet to the edge cloud that has transmitted the request signal based on the determining whether the edge cloud that has transmitted the request signal is connected to the subscriber client terminal (e.g., transmitting responsive application traffic through the active tunnel and/or session to the requesting endpoint based on the maintained endpoint/gateway connection; alternatively, an ACK pack is sent responsive to receiving a packet associated with a subscriber client terminal and determining that the subscriber client terminal remains connected to the originating Sophos Cloud point of presence, with the ACK packet transmitted back to the point of presence through the corresponding active session or tunnel).



[6]

25. The Sophos ZTNA Cloud Gateway performs step no. 4-2 of identifying the request

[6] "Sophos Fusion Admin: Set up Zeros Trust Network Access" available at: https://docs.sophos.com/central/customer/help/en-us/ManageYourProducts/ZeroTrustNetworkAccess/ZTNAGuide/setup/index.html#on-premises-gateway.

signal and providing the cloud service corresponding thereto to the subscriber client terminal (e.g., identifying the requested application or resource and providing the corresponding secure-access service and responsive application traffic to the authorized endpoint).

26. Through demonstrations, testing, repairs, troubleshooting, training, and instructional guidance, Sophos has used the Accused Products in a manner that directly infringes at least the method claims of the ’021 Patent.

27. Defendant has and continues to indirectly infringe one or more claims of the ’021 Patent by knowingly and intentionally inducing others, including Sophos customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology.

28. Defendant, with knowledge that these products, or the use thereof, infringe the ’021 Patent at least as of the date of this Complaint, has knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the ’021 Patent by providing these products to others for use in an infringing manner. Alternatively, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, including specifically those related to Defendant’s specific industry, thereby remaining willfully blind to the Patents-in-Suit at least as early as the issuance of the Patents-in-Suit.

29. Defendant has induced infringement by others, including end users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end users, infringe the ’021 Patent, but while remaining willfully blind to the infringement. Defendant has and continues to induce infringement by its customers, partners, and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the

infringing technology via Defendant's website, product literature and packaging, and other publications, including the documents cited herein.

30. Defendant has indirectly infringed and continue to indirectly infringe one or more claims of the '021 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '021 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '021 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be specially made or adapted for use in the infringement of the '021 Patent. Defendant performs these affirmative acts with knowledge of the '021 Patent and with intent, or willful blindness, that they cause the direct infringement of the '021 Patent.

31. Long Horizon has suffered damages as a result of Defendant's direct and indirect infringement of the '021 Patent in an amount to be proven at trial.

32. Long Horizon has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '021 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT II
## (Infringement of the '894 Patent)

33. Paragraphs 1 through 14 are incorporated by reference as if fully set forth herein.

34. Long Horizon has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '894 Patent.

35. Defendant has and continues to directly infringe the ’894 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the ’894 Patent. Such products include, but are not limited to, Sophos XG Series Firewall appliances, including XG 86, XG 86w, XG 106, XG 106w, XG 115, XG 115w, XG 125, XG 125w, XG 135, XG 135w, XG 210, XG 230, XG 310, XG 330, XG 430, XG 450, XG 550, XG 650, and XG 750; supported Sophos SG Series Firewall appliances introduced after May 27, 2014, including SG 115, SG 125, SG 135, SG 550, and SG 650; and post-issuance revisions of SG 210, SG 230, SG 310, SG 330, SG 430, and SG 450; including configurations of such products, alone or in operation with Sophos Firewall OS, SFLoader, and associated bootloader, firmware-installation, update, and recovery functionality, among other Sophos products.

36. For example, Defendant has and continues to directly infringe at least claim 1 of the ’894 Patent by making, using, offering to sell, selling, and/or importing into the United States products that associate one or more digital certificate instances with one or more firmware file instances to update or facilitate the update of signature-unaware modules with signature-aware firmware, including, but not limited to the Sophos XG Firewall, alone or in operation with Sophos Firewall OS (“SFOS”), SFLoader, associated bootloader and firmware-update functionality, and/or a locally connected endpoint device used to install firmware. The Sophos XG Firewall is exemplary of how the other Sophos products accused herein infringe the ’894 Patent.

37. For example, the Sophos XG Firewall performs a method that receives, by a first device, signature unaware firmware code (e.g., receiving legacy SFOS firmware developed under an earlier firmware-signing and boot architecture that does not implement the newer SFOS

signature-processing architecture. For example, loading older .gpg format firmware instead of newer .sig format firmware).



[7]

[7] "Sophos Firewall 19.0: Load Firmware Using SFLoader" available at: https://docs.sophos.com/nsg/sophos-firewall/19.0/Help/en-us/webhelp/onlinehelp/AdministratorHelp/BackupAndFirmware/Firmware/FirmwareLoadFirmwareSFLoader/index.html.

**SFOS HW Firmwares**

| Name↓ | Last Modified: | Size: | Checksum: |
|---|---|---|---|
| HW-19.0.2_MR-2.SF310-472.sig | 2023-01-23 11:24:54 | 557.9M | 816268e1fe10c124a063b56a684446d15d12b5ee954c8930c76c8b3722e06e00 |
| HW-19.0.3_MR-3.SF310-517.sig | 2023-07-03 13:34:50 | 558.3M | 08604f76d6f0a560ffbda4c2a8a1d80270bf365463c8f90cdd6825a7b211638a |
| HW-19.5.0_GA.SF310-197.sig | 2022-11-17 07:36:42 | 575.0M | f474ba2dc64989b9f98e614cb4952e03cea07e66c76354f7305ce16aa9811e8b |
| HW-19.5.1_MR-1.SF310-278.sig | 2023-02-15 13:11:51 | 575.2M | 3ae9e4c8c1e94a5b52122638870a65b84edeaf45f224f396eb8d39d8285ddd7e |
| HW-19.5.2_MR-2.SF310-624.sig | 2023-05-25 18:00:31 | 575.9M | d16aadeaea681b80ff42ba8a2debfb2f421cb718df07988ef97d5c917b8c5b3d |
| HW-19.5.3_MR-3.SF310-652.sig | 2023-08-03 05:02:57 | 585.9M | d2329a1f6fcbb80c29799d00f3cbe71436888fa6fdf813b07401035d88091115 |
| HW-19.5.4_MR-4.SF310-718.sig | 2024-01-25 09:28:48 | 585.9M | 87a67b4a0db3b4048e939afa423d75f89d2a1a2c0283fdeb0323d4b0bec4642c |
| HW-20.0.0_GA.SF310-222.sig | 2023-11-06 09:56:14 | 592.1M | 6d61f750707394980e2b9980b46b7cd9ceb3eaf11e5bb29901d7214de0625e7c |
| HW-20.0.1_MR-1.SF310-342.sig | 2024-05-15 06:46:09 | 571.2M | 1c17b8a3ddb5cdd5c0e3e18502a38555f736f24a90aacbec64e4d0aa18454d71 |
| HW-20.0.2_MR-2.SF310-378.sig | 2024-07-23 10:28:31 | 579.1M | f7d509b8d947aed35e5a9e61e14e447487ae3b954ec12822ec754346c27353d6 |
| HW-20.0.3_MR-3.SF300-427.sig | 2024-12-12 06:47:28 | 471.1M | f34a5b1a3b4f570ca5f4be45869b1b5909ed631b3490280c35a157a33a41bdbb |
| HW-20.0.3_MR-3.SF310-427.sig | 2024-12-12 06:47:42 | 582.8M | 2e5499a2969d0002486c3ae5e8f83369ae198a02ca9fba8cad50bce3de6b9b0b |
| HW-21.0.0_GA.SF310-169.sig | 2024-10-17 07:07:42 | 595.2M | 8aa7935744939000c730f0c6a9b0bee5dbd14817dae6fdbf4ac551ebae0f7388 |
| HW-21.0.1_MR-1.SF310-277.sig | 2025-03-31 08:10:46 | 592.1M | 394ee263cf78773ef99c8d6529c1fb0078d77c210481eab18739d46779a48676 |
| HW-21.0.2_MR-2.SF310-349.sig | 2025-08-13 12:57:05 | 592.1M | 4616ed2037e533211a75a50e87b56627eb194162f32d183d910b9cea54266e52 |
| HW-21.5.0_GA.SF310-171.sig | 2025-05-29 09:23:52 | 659.2M | 0553494b67a47422d779a420e4c00670b1795efc4131640f6b4300fbb1920a98 |
| HW-21.5.1_MR-1.SF310-261.sig | 2025-10-08 06:53:53 | 661.0M | 34eeb9b9e37a07518e94687238bb6fccd3aa37eeb338d17fbf1b6bd15695d919 |
| HW-21.5.2_MR-2.SF310-323.sig | 2026-02-18 14:26:24 | 664.0M | 9f9c04a012571d0c18f907604b6cdb7e584cf13c5a73c34703756f5d28d0de34 |
| HW-22.0.0_GA.SF310-365.sig | 2025-12-09 05:43:27 | 907.0M | 35f3986861e88dee3de7e884bf0da971f2a69918e64cd9d8ce5a8e48ecc9f165 |
| HW-22.0.0_GA.SF310-411.sig | 2026-01-20 10:34:28 | 907.3M | 1b8163c7e5b31e10f49417bcbaa4b74b67590cce7f1013eccf1b5d10423d22e5 |
| HW-22.0.1_MR-1.SF310-490.sig | 2026-04-29 07:00:53 | 933.9M | 73cbdbbe76fadd632ea04136446c67ab32ec51dfb2ed52e2a9d02f75a6d01d6e |
| HW-22.0.2_MR-2.SF310-546.sig | 2026-07-14 06:06:31 | 939.1M | cab6afdf0c2aa6e42797f310175cdceec4be93aa90bfdf553ffcb0317ee48c75 |
| HW-22.0.3_MR-3.SF310-576.sig | 2026-10-16 06:35:51 | 941.7M | bb0d50f94be4d452fc6cb1d3557340232901f9ceea2add9229de1056b987d7f1 |
| HW-23.0.0_GA.SF310-371.sig | 2026-11-04 14:57:10 | 1001.3M | 38b42e0ab7740ff89e083095309a80e608d85f511a8e598c018a37750b410dfb |

[8]

38. The Sophos XG Firewall performs the step of installing, by the first device via boot code, the signature unaware firmware code on the first device (e.g., Sophos XG Firewall, alone or in operation with SFLoader and associated boot/update functionality, installing legacy SFOS firmware during a boot-time firmware-loading, recovery, or reimaging process), wherein the boot code is configured for installation of a signature aware firmware code and the signature unaware firmware code to the first device (e.g., supporting installation of legacy SFOS firmware developed under an earlier firmware-signing architecture and newer SFOS firmware employing updated signature mechanisms), wherein the installing the signature unaware firmware code further comprises verifying, via at least one feedback mechanism, that the signature unaware firmware code is received from a second device associated with a user that has physical access to the first device (e.g., using serial-console interaction, boot-time firmware-loader controls, and local network-interface firmware-upload functionality to verify that firmware is received from a device associated with a user having physical access).

[8] "SFOS HW Firmwares" available at: https://download.sophos.com/firmware/HW/index.html.


4. Select **1 Load New Firmware**.

Options Menu
Select one of the options from this menu:
1 Load New Firmware
2 Troubleshoot
3 Appliance Information
4 Upgrade Loader
5 Reboot
<Select>

5. Specify the network configuration as follows:

a. Select **1 Network Device** to configure the link for accessing the device.

Network or serial
Select the link which should be used for transporting files
1 Network Device
2 Serial Port
< OK > < Back >

b. Select **1 Port1** to specify the port over which you access the device.

Select network interface
Please select the network interface to use
1 Port1
2 Port2
3 Port3
4 eth3
< OK > < Back >

c. Select **1 Enable DHCP** to lease an IP address.

You can also select **2 Manual IP settings** and assign a static IP address.

Network Configuration for Port1
DHCP or Manual
1 Enable DHCP
2 Manual IP Settings
< OK > < Back >

[9]


6. Select **Upload firmware using your desktop browser**.

Firmware Loader
Select one of the following options for fetching new firmware:
Manual Enter the firmware url manually
Upload Upload firmware using your desktop browser
< OK > < BACK >

Click **Choose file**, select the file, and click **Open**. Click **Send** to upload the firmware to Sophos Firewall.

7. Open a browser in the endpoint device. Enter the IP address of Port1 as follows:

`http://<SFOS device IP address>`

Click **Choose file**, select the file, and click **Open**. Click **Send** to upload the firmware to Sophos Firewall.

Not secure | 192.168.1.1
Choose File HW-17.1.4_…00-254.gpg Send

8. After the file is downloaded, go to SFLoader. Select the firmware you want to overwrite and click **Overwrite**.

Overwrite Firmware?
Select the firmware to overwrite:
17 0 6 181
17 1 3 250
<Overwrite> < Abort >

[10]

39. Through demonstrations, testing, repairs, troubleshooting, training, and instructional guidance, Sophos has used the Accused Products in a manner that directly infringes at least the method claims of the ’894 Patent.

40. Defendant has and continues to indirectly infringe one or more claims of the ’894

---

[9] “Sophos Firewall 19.0: Load Firmware Using SFLoader” available at: https://docs.sophos.com/nsg/sophos-firewall/19.0/Help/en-us/webhelp/onlinehelp/AdministratorHelp/BackupAndFirmware/Firmware/FirmwareLoadFirmwareSFLoader/index.html.

[10] *Id.*

Patent by knowingly and intentionally inducing others, including Sophos customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology.

41. Defendant, with knowledge[11] that these products, or the use thereof, infringe the ’894 Patent at least as of the date of this Complaint, has knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the ’894 Patent by providing these products to others for use in an infringing manner. Alternatively, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, including specifically those related to Defendant’s specific industry, thereby remaining willfully blind to the Patents-in-Suit at least as early as the issuance of the Patents-in-Suit.

42. Defendant has induced infringement by others, including end users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end users, infringe the ’894 Patent, but while remaining willfully blind to the infringement. Defendant has and continues to induce infringement by its customers, partners, and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant’s website, product literature and packaging, and other publications, including the documents cited herein.

[11] Sophos cited to the ’894 Patent family in connection with its own U.S. Patent Application No. 18/382,723, which was published as US 2025/0061201 A1 on February 20, 2025, and issued as U.S. Patent No. 12,602,482 on April 14, 2026. *See* https://patents.google.com/patent/US12602482B2/en. Indeed, U.S. Patent No. 8,484,474, which is the parent of the ’894 Patent, appears among the references cited in Sophos’s ’482 Patent. *See* https://patents.google.com/patent/US12602482B2/en. Accordingly, Sophos has pre-suit knowledge of the ’894 Patent.

43. Defendant has indirectly infringed and continue to indirectly infringe one or more claims of the ’894 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant’s affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others’ use and manufacture of the Accused Products such that the ’894 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the ’894 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be specially made or adapted for use in the infringement of the ’894 Patent. Defendant performs these affirmative acts with knowledge of the ’894 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’894 Patent.

44. Long Horizon has suffered damages as a result of Defendant’s direct and indirect infringement of the ’894 Patent in an amount to be proven at trial.

45. Long Horizon has suffered, and will continue to suffer, irreparable harm as a result of Defendant’s infringement of the ’894 Patent, for which there is no adequate remedy at law, unless Defendant’s infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Long Horizon prays for relief against Defendant as follows:

a. Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of the Patents-in-Suit;

b. An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of one or more of the Patents-in-Suit;

c. An order awarding damages sufficient to compensate Long Horizon for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d. Entry of judgment declaring that this case is exceptional and awarding Long Horizon its costs and reasonable attorney fees under 35 U.S.C. § 285; and

e. Such other and further relief as the Court deems just and proper.

Dated: November 8, 2026

Respectfully submitted,

*/s/ John Andrew Rubino*
John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
1200 Harbor Blvd., 10th Floor
Weehawken Township, NJ 07086
Telephone: (201) 817-1840
Facsimile: (973) 535-0921

Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Road, Suite 206 South
Rye, NY 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF,***
***LONG HORIZON TECHNOLOGIES LLC***